**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-48718-PSH |
| | § | |
| BEVERLY A LEWIS | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

　　　　Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

　　　　219 South Dearborn Street, Chicago, IL 60604

　　　　Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 03/12/2013, in Courtroom 644, United States Courthouse,  . If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:　02/18/2013　　　　　　　　　　By: 　/s/ David P. Leibowitz
　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-48718-PSH |
| | § | |
| BEVERLY A LEWIS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $1,853.85
*and approved disbursements of*     $166.02
*leaving a balance on hand of[1]:*     $1,687.83

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $1,687.83

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $426.64 | $0.00 | $426.64 |
| David P. Leibowitz, Trustee Expenses | $3.65 | $0.00 | $3.65 |

Total to be paid for chapter 7 administrative expenses:     $430.29
Remaining balance:     $1,257.54

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $1,257.54

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $1,257.54

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $29,271.04 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Americredit Financial Services, Inc. | $17,869.44 | $0.00 | $767.71 |
| 2 | First Investors | $9,849.43 | $0.00 | $423.15 |
| 3 | Asset Acceptance LLC | $134.97 | $0.00 | $5.80 |
| 4 | Springleaf Financial Services | $230.74 | $0.00 | $9.91 |
| 5 | LVNV Funding, LLC its successors and assigns as assignee of FNBM | $1,186.46 | $0.00 | $50.97 |

Total to be paid to timely general unsecured claims: $1,257.54
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00

|   |   |
|---|---:|
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|   |   |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-48718-PSH
Beverly A Lewis                                                           Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dramey              Page 1 of 3              Date Rcvd: Feb 19, 2013
                              Form ID: pdf006           Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2013.
```
db            #+Beverly A Lewis,    7641 S. Yates,    Chicago, IL 60649-4100
18130296      ++AMERICREDIT,   PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: Americredit,    Po Box 183853,    Arlington, TX 76096)
18130291       Academy Collection Services Inc,    P.O. Box 21089,    Philadelphia, PA 19114-0589
18130292       Accounts Receivable Management, INC,    P.O. Box 129,    Thorofare, NJ 08086-0129
18130298       Bally's,    3655 Las Vegas Blvd,    Las Vegas, NV 89109-4343
18130303       City of Chicago,   C/o Markoff & Krasny,    29 N. Wacker Drive Suite 500,    Chicago, IL 60606-2854
18130304       City of Chicago Dept of Water Manag,    P.O. Box 6330,    Chicago, IL 60680-6330
18130307       Credit Protection Association,    P.O. Box 3002,    Southeastern, PA 19398-3002
18130309      +First Premier Bank,   Attn: Correspondence Dept.,    Po Box 5524,    Sioux Falls, SD 57117-5524
18130311      +J J Mac Intyre Co Inc,    1801 California Ave,    Corona, CA 92881-7251
18130312       LVNV Funding LLC,   C/o Richard J Boudreau & Associates,    Salem, NH 03079
18130313      +Marine Anesthesia LLC,    P.O. Box 486,    Lake Forest, IL 60045-0486
18130314      +Mrsi,    2250 E Devon Ave Ste 352,    Des Plaines, IL 60018-4521
18130315       National Credit Lenders,    467 W. 159th Street,    Harvey, IL 60426
18130317       Northwestern Premium Services INC,    330 S. Wells Street 16th Floor,    Chicago, IL 60606-7161
18130318      +One Iron Ventures Inc,    1205 E. Sibley,    Dolton, IL 60419-2928
18130319      +Peoples Gas,    130 E. Randolph Drive,    Chicago, IL 60601-6302
18130322       State Farm,   Payment Processing Center,    P.O. Box 24538,    Tampa, FL 33623-4538
18130324      +The University of Chicago Medical,    15965 Paysphere Circle,    Chicago, IL 60674-0001
18130327       The Univesity of Chicago Physician,    75 Remittance Drive Suite 1385,    Chicago, IL 60675-1385
18130328       University of Chicago,   C/o VMC & Associates,    P.O. Box 6035,    Broadview, IL 60155-6035
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18130294      +E-mail/Text: jasonm@afchoice.com Feb 20 2013 04:38:30     America's Financial Choice,
               1107 E. Sibley Blvd,    Dolton, IL 60419-2827
18130297      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Feb 20 2013 04:22:06     Asset Acceptance,
               Po Box 2036,    Warren, MI 48090-2036
18935773      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Feb 20 2013 04:22:06     Asset Acceptance LLC,
               assignee SBC,    PO Box 2036,    Warren, MI 48090-2036
18130299       E-mail/Text: bankruptcy@cashcall.com Feb 20 2013 04:37:24     Cashcall Inc,
               17360 Brookhurst Street,    Fountain Valley, CA 92708
18130300      +E-mail/Text: contact@csicollects.com Feb 20 2013 04:37:30     Certified Services Inc,
               1733 Washington St Ste 2,    Waukegan, IL 60085-5192
18130301       E-mail/Text: contact@csicollects.com Feb 20 2013 04:37:30     Certified Services Inc,
               P.O. Box 177,    Waukegan, IL 60079-0177
18130305       E-mail/Text: legalcollections@comed.com Feb 20 2013 04:37:17     Com Ed,   Bill Payment Center,
               Chicago, IL 60668-0001
18130306       E-mail/Text: creditonebknotifications@resurgent.com Feb 20 2013 04:21:10     Credit One Bank,
               P.O. Box 60500,    City of Industry, CA 91716-0500
18130308      +E-mail/Text: bankruptcynotices@fifsg.com Feb 20 2013 04:41:16     First Investors,
               380 Interstate North Parkway,    3rd Floor,    Atlanta, GA 30339-2222
18130310      +E-mail/Text: creditonebknotifications@resurgent.com Feb 20 2013 04:21:10
               Firts National Bank of Marin/Credit One,    585 Pilot Rd,    Las Vegas, NV 89119-3619
19051397       E-mail/Text: resurgentbknotifications@resurgent.com Feb 20 2013 04:36:57
               LVNV Funding, LLC its successors and assigns as,    assignee of FNBM,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
18130316      +E-mail/Text: bankruptcydepartment@ncogroup.com Feb 20 2013 05:08:07     NCO Financial Systems,
               P.O. Box 15630,    Dept 99,    Wilmington, DE 19850-5630
19044174       E-mail/PDF: cbp@slfs.com Feb 20 2013 04:57:02     Springleaf Financial Services,   P. O. Box 3251,
               Evansville, IN 47731-3251
18130293       E-mail/PDF: cbp@slfs.com Feb 20 2013 04:57:02     Amer Gen Fin,   3632 West 95th St,
               Evergreen Park, IL 60805
18130295       E-mail/PDF: cbp@slfs.com Feb 20 2013 04:54:46     American General Financial Services,
               P.O. Box 3251,    Evansville, IN 47731-3251
18130321       E-mail/Text: bankruptcies@libertymutual.com Feb 20 2013 04:43:53     Safeco Insurance,
               P.O. Box 6478,    Carol Stream, IL 60197-6478
18130323      +E-mail/Text: home.fss-bankruptcy.934c00@statefarm.com Feb 20 2013 05:09:41
               State Farm Insurance,    One State Farm Plaza,    Bloomington, IL 61710-0001
                                                                                              TOTAL: 17

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18130320       Rental
18130330       Various Payday Loans
18152959*     ++AMERICREDIT,   PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: Americredit Financial Services, Inc.,    PO Box 183853,
               Arlington TX 76096)
18130302*      Certified Services Inc,    P.O. Box 177,    Waukegan, IL 60079-0177
18130325*     +The University of Chicago Medical,    15965 Paysphere Circle,    Chicago, IL 60674-0001
18130326*     +The University of Chicago Medical,    15965 Paysphere Circle,    Chicago, IL 60674-0001
18130329*      University of Chicago,   C/o VMC & Associates,    P.O. Box 6035,    Broadview, IL 60155-6035
                                                                                              TOTALS: 2, * 5, ## 0
```

```
District/off: 0752-1          User: dramey              Page 2 of 3            Date Rcvd: Feb 19, 2013
                              Form ID: pdf006           Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 21, 2013**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: dramey              Page 3 of 3               Date Rcvd: Feb 19, 2013
                              Form ID: pdf006           Total Noticed: 38
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 18, 2013 at the address(es) listed below:
          Bennie W Fernandez    on behalf of Debtor Beverly A Lewis bennie161@gmail.com
          David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
 il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                                                                         TOTAL: 3